# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JASON DANA, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF THE LOFTS AT 1234 CONDOMINIUM ASSOCIATION,<br><br>Petitioner<br><br>v.<br><br>LOFTS AT 1234 CONDOMINIUM ASSOCIATION, THOMAS MARRONE, AND ECHO VOLLA,<br><br>Respondents | : No. 219 EAL 2020<br>:<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.